# United States District Court
# Central District of California

| | |
|---|---|
| JOSE RAPOSO; BEVERLY RAPOSO<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE, N.A.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case № 2:18-cv-07145-ODW (PLA)<br><br>**ORDER STRIKING FIRST AMENDED COMPLAINT [16] AND CONTINUING HEARING [14]** |

Defendant JP Morgan Chase, N.A. served Plaintiffs Jose Raposo and Beverly Raposo with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss in this case on November 30, 2018. (ECF No. 14.) On January 4, 2019, instead of opposing the motion to dismiss, Plaintiffs filed a first amended complaint—thirty-five days after Defendant filed its responsive pleading. (ECF No. 16.) Federal Rule of Civil Procedure 15(a)(1) allows Plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion. Therefore, Plaintiffs' amended complaint was improper. At this time, Plaintiffs may only amend their complaint "with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Neither have occurred. Accordingly, the Court strikes Plaintiffs' First Amended Complaint (ECF No. 16) as improper.

In the interests of justice, the Court continues the hearing on Defendant's Motion to Dismiss to **February 4, 2019 at 1:30 p.m.**  Despite missing the deadline to file an opposition, the Court will grant Plaintiffs an extension to oppose the Motion. Plaintiffs may file an opposition to the Motion on or before January 14, 2019. Defendant's reply in support of the Motion shall be filed on or before January 21, 2019.

**IT IS SO ORDERED.**

January 7, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**