1  Tammy Hussin (SBN: 155290)
2  HUSSIN LAW
   1596 N. Coast  Highway 101
3  Encinitas, CA 92024
4  Tel: (877) 677-5397
   Fax: (877) 667-1547
5  Tammy@HussinLaw.com

6
7  Attorney for Plaintiffs, Jose Raposo and Beverly Raposo

8
                **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**
10                    **WESTERN DIVISION**

11

12                                          | Case No.:  2:18-cv-07145
13  Jose Raposo, Beverly Raposo,

14                     Plaintiffs,          | **JOINT STIPULATION TO**
                                            | **DISMISS CASE**
15      v.

16  JP Morgan Chase, N.A.; and
17  does 1-10, inclusive,

18                     Defendants.

19

20

21
        IT IS HEREBY STIPULATED, pursuant to Fed R. Civ. P. 41(a)(1)(ii),
22
   Plaintiff herein does dismiss the above-mentioned matter with prejudice, each
23
   party bearing their own costs.
24

25

26

27

28

                                   1

1

2  DATED:  September 18, 2019          HUSSIN LAW

3
                                       By: _/s/   Tammy Hussin_
4                                      Tammy Hussin, Esq.
                                       Attorney for Jose and Beverly Raposo
5

6

7  DATED:  September 18, 2019          PARKER IBRAHIM, et al.

8
                                       By: _/s/ Bryant S. Delgadillo_
9                                      Bryant S. Delgadillo, Esq.
                                       Attorneys for Defendant
10                                     JP Morgan Chase

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28