JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| JOSE RAPOSO, | Case № 2:18-cv-07145-ODW (PLAx) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| JP MORGAN CHASE N.A., ET AL. Defendants. | |

1 | The Court, having considered the parties' Joint Stipulation for Dismissal (ECF
2 | No. 32) and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
3 | hereby **DISMISSES WITH PREJUDICE** Plaintiff's Complaint in the above-entitled
4 | action.  Each party shall bear its own costs and attorneys' fees.  The Court **VACATES**
5 | all dates and deadlines.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

September 19, 2019

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**